# United States Court of Appeals for the Federal Circuit

_____

**M S INTERNATIONAL, INC., FOSHAN YIXIN STONE COMPANY, LTD., ARIZONA TILE LLC,**
*Plaintiffs*

**BRUSKIN INTERNATIONAL, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES, CAMBRIA COMPANY LLC,**
*Defendants-Appellees*

_____

2021-1679, 2021-1680
_____

Appeal from the United States Court of International Trade in No. 1:19-cv-00140-LMG, Senior Judge Leo M. Gordon.

-----------------------------------------------------

**M S INTERNATIONAL, INC., ARIZONA TILE LLC,**
*Plaintiffs*

**BRUSKIN INTERNATIONAL, LLC,**
*Plaintiff-Appellant*

v.

UNITED STATES, CAMBRIA COMPANY LLC,

*Defendants-Appellees*

---

2021-1680

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00141-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 25, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellees United States, Cambria Company LLC in the amount of $55.68 ($33.60 to Cambria Company LLC and $22.08 to the United States) and taxed against the appellant.

FOR THE COURT

June 16, 2022      /s/ Peter R. Marksteiner
    Date      Peter R. Marksteiner
     Clerk of Court